APPEAL,CAT A,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: **1:23−cr−00343−ACR−1**

| | |
|---|---|
| Case title: USA v. LITTLEJOHN | Date Filed: 09/29/2023 |

Assigned to: Judge Ana C. Reyes

**Defendant (1)**

| | | |
|---|---|---|
| **CHARLES EDWARD LITTLEJOHN** | represented by | **Lisa Manning** <br> SCHERTLER, ONORATO, MEAD & SEARS, LLP <br> 555 13th Street, N.W. <br> Suite 500 West <br> Washington, DC 20004 <br> 202−713−6714 <br> Fax: 202−628−4177 <br> Email: LManning@SchertlerLaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |
| | | **Noah Cherry** <br> SCHERTLER ONORATO MEAD & SEARS <br> District of Columbia <br> 555 − 13th Street, NW <br> Suite 500 West <br> Washington, DC 20004 <br> 202−675−4381 <br> Fax: 202−628−4177 <br> Email: ncherry@schertlerlaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

**Pending Counts** | **Disposition**
---|---
26 U.S.C. 7213(a)(l); UNAUTHORIZED DISCLOSE OF INCOME TAX RETURN − FED. EMPLOYEE; Disclosure of Tax Return and Return Information (1) | Defendant sentenced to Sixty (60) Months of incarceration, followed by Thirty−six (36) Months of Supervised Release. Special assessment imposed in the total amount of $100.00. Defendant ordered to pay a fine in the amount of $5,000.00.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jennifer Anne Clarke** <br> U.S. DEPARTMENT OF JUSTICE <br> Criminal Division, Public Integrity Section <br> 1400 New York Avenue, NW <br> #12000 <br> Washington, DC 20005 <br> 202–616–6067 <br> Email: jennifer.clarke2@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant U.S. Attorney* |
| | | **Jonathan Edward Jacobson** <br> DOJ–Crm <br> U.S. Department of Justice – Public Integrity Section <br> 1331 F St. NW <br> Ste 3rd Floor <br> Washington, DC 20004 <br> 202–934–0886 <br> Email: jonathan.jacobson@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant U.S. Attorney* |
| | | **Lauren Castaldi** <br> U.S. DEPARTMENT OF JUSTICE <br> Criminal Division <br> 1301 New York Avenue, NW <br> 10th Floor <br> Washington, DC 20530 <br> 202–305–4495 <br> Email: lauren.castaldi@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2023 | 1 | INFORMATION as to CHARLES EDWARD LITTLEJOHN (1) count(s) 1. (FORFEITURE ALLEGATION) (zltp) (Entered: 09/29/2023) |
| 09/29/2023 | 3 | NOTICE OF ATTORNEY APPEARANCE: Lisa Manning appearing for CHARLES EDWARD LITTLEJOHN (Manning, Lisa) (Entered: 09/29/2023) |
| 10/04/2023 | 4 | Unopposed MOTION for Victim Rights *(Alternative Notification)* by USA as to CHARLES EDWARD LITTLEJOHN. (Attachments: # 1 Text of Proposed Order)(Castaldi, Lauren) (Entered: 10/04/2023) |
| 10/06/2023 |   | NOTICE OF HEARING as to CHARLES EDWARD LITTLEJOHN: Arraignment and Plea Agreement Hearing set for 10/12/2023 at 3:15 PM in Courtroom 12 before Judge Ana C. Reyes. (zcdw) (Entered: 10/06/2023) |
| 10/10/2023 | 5 | ORDER granting the Government's Unopposed 4 Motion to Provide Alternative Victim Notification Pursuant to 18 U.S.C. § 3771(d)(2). See document for details. Signed by Judge Ana C. Reyes on 10/10/2023. (lcacr1) (Entered: 10/10/2023) |
| 10/12/2023 | 6 | NOTICE OF ATTORNEY APPEARANCE Jennifer Anne Clarke appearing for USA. (Clarke, Jennifer) (Entered: 10/12/2023) |
| 10/12/2023 |   | Minute Entry for proceedings held before Judge Ana C. Reyes: Plea Agreement Hearing as to CHARLES EDWARD LITTLEJOHN held on 10/12/2023. Plea of Guilty entered by CHARLES EDWARD LITTLEJOHN on Count 1. Defendant referred to the Probation Office for Presentence Investigation. Sentencing set for 1/29/2024 at 10:00 AM in Courtroom 12– In Person before Judge Ana C. Reyes. Bond Status of Defendant: Placed on personal recognizance; appeared in person. Court Reporter: Jeff Hook. Defense Attorney: Lisa Manning. US Attorneys: Lauren Castaldi and Jennifer Clarke. Pretrial Officer: Andre Sidbury. (zcdw) (Entered: 10/15/2023) |
| 10/12/2023 | 8 | PLEA AGREEMENT as to CHARLES EDWARD LITTLEJOHN. (zcdw) (Entered: 10/15/2023) |
| 10/12/2023 | 9 | FACTUAL BASIS FOR PLEA by USA as to CHARLES EDWARD LITTLEJOHN. (zcdw) (Entered: 10/15/2023) |
| 10/12/2023 | 10 | ORDER Setting Conditions of Release as to CHARLES EDWARD LITTLEJOHN. Signed by Judge Ana C. Reyes on 10/12/2023. (Attachments: # 1 Appearance Bond) (zcdw) (Entered: 10/15/2023) |
| 10/16/2023 | 11 | WAIVER OF INDICTMENT by CHARLES EDWARD LITTLEJOHN. Signed by Judge Ana C. Reyes on 10/16/2023. (zcdw) (Entered: 10/18/2023) |
| 10/16/2023 | 12 | WAIVER of Trial by Jury as to CHARLES EDWARD LITTLEJOHN. Approved by Judge Ana C. Reyes on 10/16/23. (zcdw) (Entered: 10/18/2023) |
| 10/23/2023 | 13 | TRANSCRIPT OF PLEA AGREEMENT HEARING in case as to CHARLES EDWARD LITTLEJOHN before Judge Ana C. Reyes held on October 12, 2023. Page Numbers: 1 – 32. Date of Issuance: October 23, 2023. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/13/2023. Redacted Transcript Deadline set for 11/23/2023. Release of Transcript Restriction set for 1/21/2024.(Hook, Jeff) (Entered: 10/23/2023) |
| 12/04/2023 | 14 | Unopposed MOTION for Protective Order by USA as to CHARLES EDWARD LITTLEJOHN. (Attachments: # 1 Text of Proposed Order)(Castaldi, Lauren) (Entered: 12/04/2023) |
| 12/04/2023 | 15 | ORDER granting 14 Motion for Protective Order as to CHARLES EDWARD LITTLEJOHN. See document for details. Signed by Judge Ana C. Reyes on 12/4/2023. (lcacr1) (Entered: 12/04/2023) |
| 01/03/2024 | 17 | MOTION for Forfeiture of Property *(Preliminary)* by USA as to CHARLES EDWARD LITTLEJOHN. (Attachments: # 1 Text of Proposed Order Proposed Preliminary Order of Forfeiture)(Jacobson, Jonathan) (Entered: 01/03/2024) |
| 01/05/2024 | 18 | ORDER granting 17 Motion for Forfeiture of Property as to CHARLES EDWARD LITTLEJOHN (1). See document for details. Signed by Judge Ana C. Reyes on 1/5/2024. (lcacr1) (Entered: 01/05/2024) |
| 01/12/2024 | 21 | NOTICE OF ATTORNEY APPEARANCE: Noah Cherry appearing for CHARLES EDWARD LITTLEJOHN (Cherry, Noah) (Entered: 01/12/2024) |
| 01/12/2024 | 22 | Unopposed MOTION for Leave to File *Under Seal and to Redact Certain Information* by CHARLES EDWARD LITTLEJOHN. (Attachments: # 1 Text of Proposed Order)(Cherry, Noah) (Entered: 01/12/2024) |
| 01/12/2024 | | MINUTE ORDER as to CHARLES EDWARD LITTLEJOHN (1). Upon consideration of Defendant Charles Littlejohn's 22 Unopposed Motion for Leave to File Under Seal and to Redact Certain Information in Defendant's Memorandum in Aid of Sentencing and for good cause shown, it is hereby ORDERED that Defendant Littlejohn's Motion is GRANTED. *See United States v. Hubbard*, 650 F.2d 293, 323–24 (D.C. Cir. 1980) (discussing particularized privacy interests to be weighed against public access). The attachments shall be filed under seal and Defendant is permitted to redact sensitive information. SO ORDERED. Signed by Judge Ana C. Reyes on 1/12/2024. (lcacr1) (Entered: 01/12/2024) |
| 01/16/2024 | 23 | SENTENCING MEMORANDUM by USA as to CHARLES EDWARD LITTLEJOHN (Jacobson, Jonathan) (Entered: 01/16/2024) |
| 01/17/2024 | 25 | SENTENCING MEMORANDUM by CHARLES EDWARD LITTLEJOHN (Manning, Lisa) (Entered: 01/17/2024) |
| 01/27/2024 | 31 | |

| | | |
|---|---|---|
| | | NOTICE *of Supplemental Authority* by CHARLES EDWARD LITTLEJOHN (Attachments: # 1 Exhibit A – Press Release, # 2 Exhibit B – Docket, # 3 Exhibit C – Indictment, # 4 Exhibit D – Edwards Memorandum, # 5 Exhibit E – Patel Memorandum, # 6 Exhibit F – Venkata Memorandum)(Manning, Lisa) (Entered: 01/27/2024) |
| 01/28/2024 | 32 | STRICKEN PURSUANT TO COURT'S ORDER OF 1/29/2024.......NOTICE *Concerning Question Posed By Court* by USA as to CHARLES EDWARD LITTLEJOHN (Jacobson, Jonathan) Modified on 1/29/2024 (zcdw). (Entered: 01/28/2024) |
| 01/28/2024 | 33 | RESPONSE by USA as to CHARLES EDWARD LITTLEJOHN re 31 NOTICE of Supplemental Authority (Jacobson, Jonathan) Modified text to include text on 1/29/2024 (zltp). (Entered: 01/28/2024) |
| 01/29/2024 | | Minute Entry for proceedings held before Judge Ana C. Reyes: Sentencing held on 1/29/2024 as to CHARLES EDWARD LITTLEJOHN. Count 1: Defendant sentenced to Sixty (60) Months of incarceration, followed by Thirty−six (36) Months of Supervised Release. Special Assessment imposed in the total amount of $100.00. Defendant ordered to pay a fine in the amount of $5,000.00. Defendant approved to voluntarily surrender for service of sentence after 4/30/2024. The Court orally ruled that docket #32, Notice Concerning Question Posed By Court, is stricken from the record. Bond Status of Defendant: Remains on personal recognizance. Court Reporter: Christine Asif. Defense Attorneys: Lisa Manning and Noah Cherry. US Attorneys: Jonathan Jacobson and Jennifer Clarke. Probation Officer: Andre Wilson. Victim Impact Witness: Senator Rick Scott. (zcdw) Modified on 1/29/2024 (zcdw). (Entered: 01/29/2024) |
| 01/31/2024 | 35 | JUDGMENT as to CHARLES EDWARD LITTLEJOHN. Statement of Reasons Not Included. Signed by Judge Ana C. Reyes on 1/31/2024. (Attachments: # 1 Preliminary Order of Forfeiture) (zltp) (Entered: 02/09/2024) |
| | | *Main Document* |
| | | Attachment # 1 *Preliminary Order of Forfeiture* |
| 01/31/2024 | 36 | STATEMENT OF REASONS as to CHARLES EDWARD LITTLEJOHN. re 35 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Ana C. Reyes on 1/31/2024. (zltp) (Entered: 02/09/2024) |
| 02/08/2024 | 34 | TRANSCRIPT OF PROCEEDINGS in case as to CHARLES EDWARD LITTLEJOHN before Judge Ana C. Reyes held on 1/29/2024; Page Numbers: 1−117. Date of Issuance:2/8/24. Court Reporter Christine T. Asif, Telephone number 202−354−3247, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which |

| | | |
|---|---|---|
| | | includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/29/2024. Redacted Transcript Deadline set for 3/10/2024. Release of Transcript Restriction set for 5/8/2024.(Asif, Christine) (Entered: 02/08/2024) |
| 02/10/2024 | 37 | MOTION to Appoint Counsel *(Federal Public Defender) Under the Criminal Justice Act* by CHARLES EDWARD LITTLEJOHN. (Attachments: # 1 Text of Proposed Order)(Manning, Lisa) (Entered: 02/10/2024) |
| 02/10/2024 | | MINUTE ORDER as to CHARLES EDWARD LITTLEJOHN (1). Upon consideration of Defendant Charles Littlejohn's 37 Motion for Court−Appointed Counsel under the Criminal Justice Act and to Appoint the Office of the Federal Public Defender to Advise Him on Appeal and for good cause having been shown, it is hereby ORDERED that Defendant Littlejohn's Motion is GRANTED. The Court finds Mr. Littlejohn eligible for Court−appointed counsel under the Criminal Justice Act (18 U.S.C. § 3006A) and appoints the Office of the Federal Public Defender to represent him on appeal. SO ORDERED. Signed by Judge Ana C. Reyes on 2/10/2024. (lcacr1) (Entered: 02/10/2024) |
| 02/11/2024 | | MINUTE ORDER as to CHARLES EDWARD LITTLEJOHN (1). At the request of Mr. Littlejohn, it is ORDERED that the Court's February 10, 2024 Order is hereby AMENDED as follows. Upon consideration of Mr. Littlejohn's 37 Motion for Court−Appointed Counsel under the Criminal Justice Act and to Appoint the Office of the Federal Public Defender to Advise Him on Appeal, and for good cause having been shown, Mr. Littlejohn's Motion is GRANTED in part, insofar as the Court finds Mr. Littlejohn eligible for Court−appointed counsel under the Criminal Justice Act (18 U.S.C. § 3006A). With respect to Mr. Littlejohn's request for appointment of the Office of the Federal Public Defender to represent him on appeal, the Court defers appointment of counsel to the Court of Appeals. SO ORDERED. Signed by Judge Ana C. Reyes on 2/11/2024. (lcacr1) (Entered: 02/11/2024) |
| 02/12/2024 | 38 | NOTICE OF APPEAL − Final Judgment by CHARLES EDWARD LITTLEJOHN re 35 Judgment, 36 Statement of Reasons,. Fee Status: No Fee Paid. Parties have been notified. (Manning, Lisa) (Entered: 02/12/2024) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 1:23-cr-343
)
Charles Edward Littlejohn )

## NOTICE OF APPEAL

Name and address of appellant: Charles Edward Littlejohn
[See Presentence Report]

Name and address of appellant's attorney: Lisa Manning
Schertler, Onorato, Mead & Sears, LLP
555 13th Street, N.W., Suite 500 West
Washington, DC 20004

Offense: Disclosure of Tax Return Information, 26 USC 7213(a)(1)

Concise statement of judgment or order, giving date, and any sentence:

Judgment entered February 9, 2024: sixty (60) months imprisonment, followed by 36 months of supervised release (including 300 hours of community service); fine $5,000 and $100 Assessment.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_2/9/2024_  _Charles Littlejohn_
DATE  APPELLANT
 _Lisa M___
 ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | ☐ |
| CJA, NO FEE | ✓ |
| PAID USDC FEE | ☐ |
| PAID USCA FEE | ☐ |

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ☐ | ✓ |
| Has counsel ordered transcripts? | ✓ | ☐ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | ✓ | ☐ |

7

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| CHARLES EDWARD LITTLEJOHN | ) | Case Number: 23-cr-343-ACR- |
| | ) | USM Number: 96530510 |
| | ) | Lisa Manning & Noah Cherry |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   One of the Information on 10/12/2023.

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 USC § 7213(a)(1) | Disclosure of Tax Return and Return Information | 11/30/2020 | 1 |

The defendant is sentenced as provided in pages 2 through   7   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/29/2024
Date of Imposition of Judgment

*/s/ A. C. Reyes*
Signature of Judge

Ana C. Reyes, U. S. District Judge
Name and Title of Judge

1/31/24
Date

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 7

DEFENDANT: CHARLES EDWARD LITTLEJOHN
CASE NUMBER: 23-cr-343-ACR-

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Sixty (60) Months on Count 1.

☑ The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends that (1) the defendant be designated to SCP Marion, the minimum security satellite camp to USP Marion (SCP Marion, USP Marion Satellite Camp, 4500 Prison Road, Marion, IL 62959); and (2) that the defendant participate in the Federal Prisons Industries Program. Defendant has provided the Court with an address for his release residence in St. Louis, MO.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☑ as notified by the Probation or Pretrial Services Office. The defendant is approved to surrender for service of sentence after 4/30/2024.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 7

DEFENDANT: CHARLES EDWARD LITTLEJOHN
CASE NUMBER: 23-cr-343-ACR-

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Thirty-six (36) Months on Count 1.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page 4 of 7

DEFENDANT: CHARLES EDWARD LITTLEJOHN
CASE NUMBER: 23-cr-343-ACR-

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

11

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3B — Supervised Release

Judgment—Page 5 of 7

DEFENDANT: CHARLES EDWARD LITTLEJOHN
CASE NUMBER: 23-cr-343-ACR-

## ADDITIONAL SUPERVISED RELEASE TERMS

The defendant must not engage in an occupation, business, profession, or volunteer activity that would require or enable him to access restricted information without the permission of the probation officer.

The defendant must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. § 1030(e)(1)) he uses.

The defendant must submit his computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media, to a search. The defendant must warn any other people who use these computers or devices capable of accessing the Internet that the devices may be subject to searches pursuant to this condition. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer or device contains evidence of this violation. Any search will be conducted at a reasonable time and in a reasonable manner

The defendant must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

The defendant must complete 300 hours of community service. The probation officer will supervise the participation in the program by approving the program.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A) and (B), the Preliminary Forfeiture Order issued on 1/5/2024 is now final and will be made a part of the sentencing and judgment.

The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 6 of 7

DEFENDANT: CHARLES EDWARD LITTLEJOHN
CASE NUMBER: 23-cr-343-ACR-

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 100.00 | $ 0.00 | $ 5,000.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5A — Criminal Monetary Penalties

Judgment—Page 7 of 7

DEFENDANT: CHARLES EDWARD LITTLEJOHN
CASE NUMBER: 23-cr-343-ACR-

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

The defendant must pay the balance of any fine within 90 days of this judgment

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES EDWARD LITTLEJOHN,

Defendant.

Case No. 1:23-cr-00343-ACR

**PRELIMINARY ORDER OF FORFEITURE**

Based on the United States' motion for a Preliminary Order of Forfeiture; on the Information and the Plea Agreement entered into between the United States and Defendant Charles Edward Littlejohn; and on the Court having found that certain property is subject to forfeiture pursuant to 26 U.S.C. § 7302 in conjunction with 28 U.S.C. § 2461(c), and that the government has established the requisite nexus between such property and the offense to which the Defendant has been found guilty,

IT IS HEREBY ORDERED that:

1. The United States' Motion for a Preliminary Order of Forfeiture [Docket No. 17] is **GRANTED;**

2. The following property is forfeited to the United States pursuant to 26 U.S.C. § 7302 in conjunction with 28 U.S.C. § 2461(c):

    a. Apple iPod Nano, serial number DCYG53XQDDVX (silver);

    b. Lenovo ThinkPad X1 Carbon Gen 8 laptop computer, serial number PF-2C4MK8;

    c. Lenovo ThinkPad X201 laptop computer, serial number R9-5KB1B;

    d. IBM ThinkPad, serial number L302F9X;

    e. Western Digital external hard drive, serial number WXE208808821;

    f. Silver USB flash drive located inside the lining of a wooden leather box containing an ornamental camel;

    g. Black and red USB flash drive, with serial number BM180826162B;

    h. Proton Mail account "███████[@]protonmail.com";

    i. DigitalOcean account associated with organization ID 1736078

    j. Apple iCloud account with Directory Services Identifier 113206212;

    k. Twitter account "███████"; and

    l. Dropbox account "███████[@]gmail.com (together, "the Property");

3. The United States may seize and maintain custody and control of the Property pending the entry of a Final Order of Forfeiture;

4. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the Property in such manner as the Attorney General or his designee may direct;

5. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

6. Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee; and

7. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Date: January 5, 2024

_____
ANA C. REYES
United States District Judge

3

17