# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-3019** | **September Term, 2023** |
| | 1:23-cr-00343-ACR-1 |
| | Filed On: March 8, 2024 [2044226] |

United States of America,

      Appellee

      v.

Charles Edward Littlejohn,

      Appellant

### O R D E R

The notice of appeal was filed on February 12, 2024, and docketed in this court on February 16, 2024. Appellant has been allowed by the district court to prosecute the appeal without prepayment of costs, and appellant is being represented on appeal by the Federal Public Defender for the District of Columbia. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | March 25, 2024 |
| Entry of Appearance Form | March 25, 2024 |
| Transcript Status Report | March 25, 2024 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-3019**  **September Term, 2023**

      The Clerk is directed to transmit a copy of this order to previously-appointed counsel Lisa Manning. Previously-appointed counsel is directed to transmit all papers in her possession, including any transcripts prepared under the Criminal Justice Act, to newly-appointed counsel as promptly as possible.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Scott H. Atchue
Deputy Clerk

The following forms and notices are available on the Court's website:

    Criminal Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form