**United States Court of Appeals**
*District of Columbia Circuit*
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 / Facsimile: 202-219-8530

## CRIMINAL DOCKETING STATEMENT
**(To be completed by appellant)**

1. Appellate Case Number: __24-3019__        1a. Criminal Action Number: __23-cr-343 (ACR)__
2. Case Name: __United States v. Charles Edward Littlejohn__
3. Appellant's Name: __Charles Edward Littlejohn__
   3a. Appellant's Defendant No: __01__        Appellant's Fed. Reg. No: __96530-510__
4. Date of Conviction: __October 12, 2023__    4a. Date of Sentence: __January 29, 2024__
5. Name of District Court Judge: __Ana C. Reyes__
6. Date Notice of Appeal Filed: __February 12, 2024__
7. Offense(s) of Conviction: __26 U.S.C. § 7213(a)(1) Disclosure of Tax Return and Return Information__
8. Did appellant plead guilty?    ☒ Yes ☐ No
9. What sentence was imposed? __60 months' incarceration; 36 months' S/R; $100.00 S/A; $5,000.00 Fine__
10. How much of the sentence has appellant served?    __Unknown__
11. Is appellant challenging the conviction?    ☐ Yes ☒ No
12. Is appellant challenging the sentence?    ☒ Yes ☐ No
13. Has appellant filed a post-conviction motion?    ☐ Yes ☒ No
    If yes, what motion, date filed, and disposition: ____
14. Is appellant incarcerated?    ☐ Yes ☒ No
    If yes, where: ____
    If no, address and phone number: ____
15. Has appellant moved for release pending appeal in District Court?    ☐ Yes ☒ No
    If yes, date filed and disposition: ____
    If no, does defendant intend to file such a motion in the District Court?    ☐ Yes ☒ No
16. Will appellant file a motion for release pending appeal in court of appeals?    ☐ Yes ☒ No
17. Did appellant have court-appointed counsel in District Court?    ☐ Yes ☒ No
18. Does counsel appointed in District Court wish to continue on appeal?    ☐ Yes ☒ No
19. Did defendant have retained counsel in District Court?    ☒ Yes ☐ No
    If yes, will case proceed on appeal with retained counsel?    ☐ Yes ☒ No
    If no, will appellant seek appointment of counsel on appeal?    ☒ Yes ☐ No
    If no, has a motion to proceed in forma pauperis been filed?    ☐ Yes ☒ No **[FPD appointed]**
20. Has counsel ordered transcripts?    ☒ Yes ☐ No
21. If yes, from what proceedings: __10/12/23 & 01/29/24__
22. If yes, when will transcripts be completed?    __Unknown__
23. Did counsel seek expedited preparation of sentencing transcripts?    ☐ Yes ☒ No

Signature __/s/__        Date __March 25, 2024__
Name of Party (Print) __Charles Edward Littlejohn__
Name of Counsel (Print) __Tony Axam, Jr.__
Firm Address __Federal Public Defender - 625 Indiana Avenue, N.W., Suite 550, Washington, DC 20004__
Phone No. __(202) 208-7500__        Fax No. __(202) 208-7515__

Note: In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (Revised)