UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**UNITED STATES OF AMERICA,**

    **Appellee,**

v.                                                            No. 24-3019

**CHARLES EDWARD LITTLEJOHN,**

    **Appellant.**

## INITIAL TRANSCRIPT STATUS REPORT

☐  No transcripts are necessary for this appeal as the case was decided on the pleadings.

☐  All transcripts necessary for the appeal have been completed and received.

\* \* \* \* \*

Interim Part I:     The following necessary transcripts have been ordered but not received:

| Date | Type of Proceeding | Court Reporter |
|---|---|---|
| 10/12/23 | Plea Agreement Hearing | Jeff Hook |
| 01/29/24 | Sentencing | Christine Asif |

Interim Part II:     The following necessary transcripts have been completed and received:

Interim Part III:     State below any additional comments regarding preparation of the transcripts or the record on appeal which may delay the briefing of this case:

```
                              _____
                              _____
                              _____
```

                                          Respectfully submitted,

                                        A. J. KRAMER
                                        FEDERAL PUBLIC DEFENDER

                                              /s/
                                        _____
                                        TONY AXAM, JR.
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, N.W., Suite 550
                                        Washington, D.C.  20004
                                        (202) 208-7500

## **CERTIFICATE OF SERVICE**

     I hereby certify that I filed the foregoing Initial Transcript Status Report with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on March 25, 2024.

     Chrisellen R. Kolb, Chief – Appellate Section, Criminal Division, U.S. Attorney's Office for the District of Columbia, counsel for appellee, [Chrisellen.R.Kolb@usdoj.gov](mailto:Chrisellen.R.Kolb@usdoj.gov), who is a registered CM/ECF user, will be served by the appellate CM/ECF system.

     I further certify that some of the participants in the case are not registered CM/ECF users.  I have served the foregoing document by using the U.S. District Court For The District Of Columbia online Request A Transcript site to order transcripts from Jeff Hook and Christine Asif, Official Court Reporters.

                                                   /s/
                                            _____
                                            TONY AXAM, JR.