```
                    UNITED STATES COURT OF APPEALS
                   FOR THE DISTRICT OF COLUMBIA CIRCUIT
```

**UNITED STATES OF AMERICA,**

    **Appellee,**

 **v.**                                                         **No. 24-3019**

**CHARLES EDWARD LITTLEJOHN,**

    **Appellant.**

### INTERIM TRANSCRIPT STATUS REPORT

☐  No transcripts are necessary for this appeal as the case was decided on the pleadings.

☐  All transcripts necessary for the appeal have been completed and received.

                               **\* \* \* \* \***

Interim Part I:     The following necessary transcripts have been ordered but not received:

| Date | Type of Proceeding | Court Reporter |
|---|---|---|
| 10/12/23 | Plea Agreement Hearing | Jeff Hook |
| 01/29/24 | Sentencing | Christine Asif |

Interim Part II:    The following necessary transcripts have been completed and received:

Interim Part III:   State below any additional comments regarding preparation of the transcripts or the record on appeal which may delay the briefing of this case:

```
                              _____
                              _____
                              _____
```

                                            Respectfully submitted,

                                            A. J. KRAMER
                                            FEDERAL PUBLIC DEFENDER

                                                  /s/
                                        _____
                                          TONY AXAM, JR.
                                          Assistant Federal Public Defender
                                          625 Indiana Avenue, N.W., Suite 550
                                          Washington, D.C.  20004
                                          (202) 208-7500

## **CERTIFICATE OF SERVICE**

     I hereby certify that I filed the foregoing Interim Transcript Status Report with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on April 10, 2024.

     Chrisellen R. Kolb, Chief – Appellate Section, Criminal Division, U.S. Attorney's Office for the District of Columbia, counsel for appellee, [Chrisellen.R.Kolb@usdoj.gov](mailto:Chrisellen.R.Kolb@usdoj.gov), who is a registered CM/ECF user, will be served by the appellate CM/ECF system.

     I further certify that some of the participants in the case are not registered CM/ECF users. The foregoing document will be served by email to Jeff Hook and Christine Asif, Official Court Reporters.

                                                  /s/
                                          _____
                                          TONY AXAM, JR.