# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-3019**                                                  **September Term, 2023**

1:23-cr-00343-ACR-1

Filed On: August 16, 2024 [2070549]

United States of America,

      Appellee

  v.

Charles Edward Littlejohn,

      Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | November 8, 2024 |
| Appendix | November 8, 2024 |
| Appellee's Brief | December 9, 2024 |
| Appellant's Reply Brief | December 30, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Catherine J. Lavender
Deputy Clerk