# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-3019**  **September Term, 2024**

1:23-cr-00343-ACR-1

Filed On: January 6, 2025 [2092685]

United States of America,

    Appellee

  v.

Charles Edward Littlejohn,

    Appellant

## O R D E R

Upon consideration of appellant's unopposed motion to extend briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | January 17, 2025 |
| Appendix | January 17, 2025 |
| Appellee's Brief | February 18, 2025 |
| Appellant's Reply Brief | March 11, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk