# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-3019**　　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　　1:23-cr-00343-ACR-1

　　　　　　　　　　　　　　　　　　　**Filed On: January 14, 2025** [2094092]

United States of America,

　　　　Appellee

　　v.

Charles Edward Littlejohn,

　　　　Appellant

## O R D E R

　　Upon consideration of appellant's unopposed motion to extend briefing schedule, it is

　　**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | January 24, 2025 |
| Appendix | January 24, 2025 |
| Appellee's Brief | February 24, 2025 |
| Appellant's Reply Brief | March 17, 2025 |

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Catherine J. Lavender
　　　　　　　　　　　　　　　　　　Deputy Clerk