# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-3019**                          **September Term, 2024**

1:23-cr-00343-ACR-1

Filed On: January 22, 2025 [2095465]

United States of America,

        Appellee

    v.

Charles Edward Littlejohn,

        Appellant

### O R D E R

Upon consideration of appellant's unopposed motion to extend briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | March 25, 2025 |
| Appendix | March 25, 2025 |
| Appellee's Brief | April 24, 2025 |
| Appellant's Reply Brief | May 15, 2025 |

                                                    **FOR THE COURT:**
                                                    Clifton B. Cislak, Clerk

                                  BY:    /s/
                                               Catherine J. Lavender
                                               Deputy Clerk