# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3019**　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　1:23-cr-00343-ACR-1

　　　　　　　　　　　　　　　　　　　　　　**Filed On: March 21, 2025** [2106980]

United States of America,

　　　　Appellee

　　v.

Charles Edward Littlejohn,

　　　　Appellant

## O R D E R

　　Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

　　**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | April 1, 2025 |
| Appendix | April 1, 2025 |
| Appellee's Brief | May 1, 2025 |
| Appellant's Reply Brief | May 22, 2025 |

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Catherine J. Lavender
　　　　　　　　　　　　　　　　　　　　Deputy Clerk