# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-3019                         September Term, 2024

1:23-cr-00343-ACR-1

Filed On: April 25, 2025 [2112882]

United States of America,

         Appellee

   v.

Charles Edward Littlejohn,

         Appellant

## O R D E R

Upon consideration of appellee's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | June 2, 2025 |
| Appellant's Reply Brief | June 23, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
        Catherine J. Lavender
        Deputy Clerk