**No. 24-3019**                    **September Term, 2024**

**1:23-cr-00343-ACR-1**

**Filed On: May 30, 2025** [2118363]

United States of America,

        Appellee

    v.

Charles Edward Littlejohn,

        Appellant

## O R D E R

Upon consideration of appellee's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | July 2, 2025 |
| Appellant's Reply Brief | July 23, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Catherine J. Lavender
       Deputy Clerk