# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-3019**                                              **September Term, 2024**

1:23-cr-00343-ACR-1

**Filed On: July 25, 2025** [2127324]

United States of America,

      Appellee

    v.

Charles Edward Littlejohn,

      Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. Appellant's reply brief is now due August 20, 2025.

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                                  BY:    /s/
                                                  Michael C. McGrail
                                                  Deputy Clerk