# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3019**  **September Term, 2024**

1:23-cr-00343-ACR-1

**Filed On:** August 12, 2025

United States of America,

    Appellee

    v.

Charles Edward Littlejohn,

    Appellant

    **BEFORE:**   Henderson, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to participate as amicus curiae, the opposition thereto, and the lodged amicus brief, it is

**ORDERED** that the motion for leave to participate as amicus curiae be denied. See D.C. Cir. Rule 29(a) (providing that an amicus brief must avoid repetition of arguments made in the principal brief and must focus on points relevant to the issues before the court).

### Per Curiam

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                             BY:    /s/
                                            Selena R. Gancasz
                                            Deputy Clerk