# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3019**            **September Term, 2025**

1:23-cr-00343-ACR-1

Filed On: October 22, 2025 [2141472]

United States of America,

    Appellee

    v.

Charles Edward Littlejohn,

    Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 4, 2025, at 9:30 A.M.:

    Appellant   -   10 Minutes

    Appellee   -   10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Rao and Walker, and Senior Circuit Judge Rogers.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by October 24, 2025.

### Per Curiam

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

BY:   /s/
    Daniel J. Reidy
    Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)