| | |
|---|---|
| **No. 24-3019** | **September Term, 2025** |
| | 1:23-cr-00343-ACR-1 |
| | Filed On: December 4, 2025 [2148786] |

United States of America,

    Appellee

  v.

Charles Edward Littlejohn,

    Appellant

    **BEFORE:** Rao and Walker, Circuit Judges; Rogers, Senior Circuit Judge

## O R D E R

    Upon consideration of the motion of the Trump Organization LLC for leave to file a brief as amicus curiae in support of appellee, the opposition thereto, the lodged brief amicus curiae, and the errata, it is

    **ORDERED** that consideration of the motion be deferred pending further order of the court.

### Per Curiam

                                   **FOR THE COURT:**
                                   Clifton B. Cislak, Clerk

                BY:    /s/
                          Michael C. McGrail
                          Deputy Clerk