# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 24-3019**

**September Term, 2025**

FILED ON: JULY 17, 2026

UNITED STATES OF AMERICA,
                    APPELLEE

v.

CHARLES EDWARD LITTLEJOHN,
                    APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:23-cr-00343-1)

Before: RAO and WALKER, *Circuit Judges*, and ROGERS, *Senior Circuit Judge*

## J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/

Daniel J. Reidy
Deputy Clerk

Date: July 17, 2026

Opinion for the court filed by Circuit Judge Walker.