# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-3019**

**September Term, 2025**

**1:23-cr-00343-ACR-1**

**Filed On: July 31, 2026** [2186103]

United States of America,

   Appellee

  v.

Charles Edward Littlejohn,

   Appellant

**BEFORE:** Rao and Walker, Circuit Judges; Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of the motion of the Trump Organization, LLC for leave to participate as amicus curiae in support of appellee, the opposition thereto, and the lodged brief amicus curiae, it is

**ORDERED** the motion be dismissed as moot in light of the court's opinion filed on July 17, 2026.

### Per Curiam

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

    BY: /s/
      Michael C. McGrail
      Deputy Clerk